Judge Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR06-141JLR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING |
| | ) | TRIAL DATE |
| SANDRA MAAS, | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

This matter having come before the undersigned Court by stipulation and motion of counsel, the United States through the United States Attorney for the Western District of Washington, Susan M. Roe, Assistant United States Attorney for said district, and the defendant through counsel, Brian Tsuchida, the Court being fully advised in the matter, now finds that

The trial was scheduled for June 27, 2006. The defendant is waiving her speedy trial rights until July 27, 2006, which is beyond the new trial date of July 17, 2006. The motion is made because there is a strong possibility that the matter will resolve short of trial, however, the schedules of counsel and unavailability of counsel this week has delayed the resolution. Both counsel have been diligent in addressing this matter and this matter may be concluded except for some additional time for discussion between the attorneys and additional necessary attorney-counsel discussion - neither of which cannot be accomplished satisfactorily prior to trial. The defendant may well wish to plead guilty and, if she does, would like to be able to receive the three point

ORDER/MAAS - 1
CR06-141

1   reduction for full acceptance of responsibility.  If this continuance were not granted, the

2   government will have to begin to prepare for the in earnest and would not move for the

3   third level.  In this way, the continuance is for the defendant's benefit. Both parties

4   believe that with the continuance, this matter will be handled other than with a trial.

5          The Court is aware that time limitations for trial and speedy trial concerns are

6   set forth in Title 18, United States Code, Section 3161.

7          Section 3161(h) outlines the periods of excludable time, including:

8               (8)(A) Any period of delay resulting from a continuance
                granted by any judge on his own motion or at the request of
9               the defendant or his counsel or at the request of the attorney
                for the Government, if the judge granted such continuance
10              on the basis of his findings that the ends of justice served by
                taking such action outweigh the best interest of the public
11              and the defendant in a speedy trial.  No such period of delay
                resulting from a continuance granted by the court in
12              accordance with this paragraph shall be excludable under
                this subsection unless the court sets forth, in the record of
13              the case, either orally or in writing, its reasons for finding
                that the ends of justice served by the granting of such
14              continuance outweigh the best interests of the public and the
                defendant in a speedy trial.

15

16         In this matter, the Court finds that further time is reasonable and necessary as

17   the requested time is within the speedy trial time period.  Further, that the ends of

18   justice, especially those which deal with consideration of victims and witnesses, are

19   served by the requested continuance as this Title 21 trial has few civilian witnesses and

20   no known victims. Therefore, the trial date is continued from June 27, 2006, until July

21   17, 2006.

22         Dated this 19th day of June, 2006.

23

24

25   _____

26   JAMES L. ROBART
     United States District Judge

27

28

ORDER/MAAS - 2
CR06-141

1   Presented by:

2

3   s/Susan M. Roe
    SUSAN M. ROE
4   Assistant United States Attorney
    WSBA 13000
5   United States Attorney's Office
    601 Union Street, Suite 5100
6   Seattle, WA 98101-3903
    Telephone: 206/553-1077
7   Fax: 206/553-0755
    E-mail: susan.roe@usdoj.gov
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER/MAAS - 3
CR06-141